IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID MANSON,

      Petitioner,

v.                                            4:18cv255–WS/CJK

JULIE L. JONES,

      Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed August 17, 2018. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (doc. 1) be dismissed without prejudice for failure to exhaust state court remedies. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. David K. Manson*, Leon County Circuit Court Case No. 2013–CF–1517, is DISMISSED WITHOUT PREJUDICE.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___19th___ day of ___September___, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE